IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
                                 :
            v.                   :   CRIMINAL NUMBER 96-539-09
                                 :
EARL HUNTE                       :
USM# 50770-066                   :

## O R D E R

AND NOW this 16th day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 262 months, effective November 1, 2015.

BY THE COURT:

THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge